do not condone, I am not persuaded that his conduct tended to disturb the peace and dignity of the community.

I dissent and would reverse.

Mr. Justice ROBERTS joins in this dissenting opinion.

## Commonwealth *v.* Jones, Appellant.

Submitted November 23, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant.

*Joseph D. Grano* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 18, 1971:

Order affirmed.

Mr. Justice COHEN took no part in the decision of this case.